## Case No. 14,584.

UNITED STATES v. BERNARD.

[2 Wheeler, Crim. Cas. xliv.]

Circuit Court, D. New Jersey. 1819.

ROBBING MAIL—POSSESSION AND EXHIBITION OF
DANGEROUS WEAPONS.

In this case of Bernard and others, indicted and
found guilty of robbing the mail near New Bruns-
wick, (Trenton, N. J. 1819, before WASHING-
ton. Circuit Justice), the principle was recogniz-
ed that the possession and exhibition of danger-
ous weapons in effecting the robbery of the mail
was within the 2d clause of the 19th section of
the act of congress of the 30th April, 1810 [2
Stat. 598].